FILED
HARRISBURG, PA

SEP 21 2018

Per _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :          Criminal No. 1:18-CR-0315

      v.                                                :

JORGE LUIS ROSA-HERNANDEZ,       :

      Defendant                                  :

## P L E A

AND NOW, this _21_ day of _Sept_____, the within named defendant, hereby enters a plea of _Not Guilty_____ to the within indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)