## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        v.

JORGE LUIS ROSA-HERNANDEZ,

    Defendant(s)

:
:
:
:
:
:
:
:
:

CRIMINAL NO.  1:18-CR-00315

(Judge John E.  Jones, III)

**FILED**
HARRISBURG, PA

SEP 21 2018

PER _____

DEPUTY CLERK

### O R D E R

The defendant(s) having appeared on September 21, 2018, and having tendered a plea of not guilty, **IT IS ORDERED** that the jury selection and trial for the defendant is scheduled for 9:30 a.m. on *Monday, November 5, 2018*, in Courtroom Number 1, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  Trial will commence following jury selection or following previously scheduled criminal trials.  An additional scheduling order will be entered by the District Court.

Martin C. Carlson
U.S. Magistrate Judge