# UNITTED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

# N O T I C E

**UNITED STATES OF AMERICA**          **CASE NO.  1:18cr315**

vs.

**JORGE LUIS ROSA-HERNANDEZ**          **(Judge Jones)**

---

**Type of Case:**
( ) Civil          (X) Criminal

(xx) **Take notice that the proceeding in this case has been SCHEDULED** for the place, date and time set forth below:

**United States District Court**          Courtroom #2
**228 Walnut Street**
**Harrisburg, PA**          Date/ time: December 27, 2018 at 10:30 am

**TYPE OF PROCEEDING:**          Change of Plea

**Peter Welsh, Acting Clerk**

s/ Elizabeth A. O'Donnell
**Elizabeth A. O'Donnell**
**Deputy Clerk**

**DATED: 12/18/18**
Carlo Marchioli, AUSA
John Yaninek, Esquire
U.S. Probation
U.S. Marshal