UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 18cr315 |
| vs. | : | Judge Jones |
| JOSE ROSA-HERNANDEZ<br>    Defendant | : | |

### MOTION TO WITHDRAW PLEA

Now, this 27 day of December, 2018, the Defendant in the above-captioned case, in open court, moves this court to be permitted to withdraw my plea of not guilty and to enter a plea of guilty to Count(s) 1 of the Indictment

_____
~~JOSE~~ ROSA-HERNANDEZ
Jorge

### ORDER

AND NOW, this 27th day of December, 2018, the motion is granted.

_____
John E. Jones III
United States District Judge

### GUILTY PLEA

NOW, this 27th day of December 2018, the defendant in open court enters a plea of guilty to Count(s) 1 of the Indictment.

_____
~~JOSE~~ ROSA-HERNANDEZ
Jorge