**THOMAS, THOMAS & HAFER** LLP
——————————————— Attorneys At Law

Street Address:
305 North Front Street, Harrisburg, PA 17101
Mailing Address:
P.O. Box 999, Harrisburg, PA 17108
Phone: 717.237.7100 Fax: 717.237.7105

*John F. Yaninek*
*(717) 441-3952*
*jyaninek@tthlaw.com*

May 21, 2019

Judge John E. Jones III
Federal Building
228 Walnut Street
Harrisburg, PA 17108-0805

Re: USA v. Jorge Luis Rosa-Hernandez
No. 1:18-CR-00315-001
TTH File No.: 831-82450
Rescheduling of Evidentiary/Revocation Hearing Set for June 4, 2019

Dear Judge Jones:

I am writing in reference to the Order entered on the docket (docket no. 35) which sets my client's evidentiary/revocation hearing for June 4, 2019. I have spoken with both the prosecutor, AUSA Carlo Marchioli and the US probation officer, Christopher Loman, explaining that I have a scheduling conflict on that particular date. They have graciously agreed to have the revocation hearing rescheduled for June 12, 2019. However, Mr. Marchioli's sentencing witnesses are not available on that date and we would ask for a separate date be set for the sentencing hearing. Liz O'Donnell, the Deputy Clerk, has said that June 12, 2019 at 9:30am is available for the revocation hearing.

Therefore, I would respectfully request this Court enter an Order rescheduling the revocation hearing for June 12, 2019 and another Order setting the sentencing hearing for a later date.

Very Truly Yours,
**THOMAS, THOMAS & HAFER, LLP**

John F. Yaninek, Esquire

JFY/clc
cc: Rosa-Hernandez (via US Mail)
    Carlo D. Marchioli, Esquire (via email)
    Christopher Loman (via email)