IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:18-cr-315 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| JORGE LUIS ROSA-HERNANDEZ, | : | |
| Defendant | : | |

## **ORDER**

**June 12, 2019**

The Court held a hearing on this date on the Government's Motion to Revoke Presentence Release.  (Doc. 34).  For the reasons stated in open court, we find that there is not clear and convincing evidence that Defendant is not likely to pose a danger to the safety of any other person or the community.  18 U.S.C. § 3143(a)(1).  Therefore, it is hereby **ORDERED** that Defendant's presentence release is **REVOKED** and he is committed to the custody of the United States Marshals.

s/ John E. Jones III
John E. Jones III
United States District Judge