# GOVERNMENT'S EXHIBIT LIST
Evidentiary Hearing (August 28, 2019)

JUDGE JONES United States v. Rosa-Hernandez
Case Number: 1:18-cr-315

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS |
|---|---|---|---|---|---|---|
| 1 | | Firearms trace summary | | 8/28/19 | 8/28/19 | Nadzom |
| 2 | | Report of TFO Scott Nadzom (with attachments) | | 8/28/19 | | Nadzom |
| 3 | | Photograph 1 (Feb. 13, 2018) | | 8/28/19 | | Nadzom |
| 4 | | Photograph 2 (Feb. 13, 2018) | | | | |
| 5 | | Photograph 3 (Feb. 13, 2018) | | | | |
| 6 | | Photograph 4 (Feb. 13, 2018) | | | | |
| 7 | | Photograph 5 (Feb. 13, 2018) | | ↓ | ↓ | ↓ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |