# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:18-cr-315 |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| JORGE ROSA-HERNANDEZ, | : | |
| Defendant. | : | Electronically filed |

## NOTICE REGARDING SENTENCING

Pursuant to the Court's order of October 22, 2019, the Government notifies the Court that it does not intend to file a formal objection to the presentence report seeking a two-level enhancement for obstruction of justice.

Dated:  October 22, 2019

Respectfully submitted,

DAVID J. FREED
United States Attorney

/s/ Carlo D. Marchioli
Carlo D. Marchioli
Assistant U.S. Attorney
PA 309217
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA  17108
Tel:  (717) 221-4482
Fax:  (717) 221-4493
carlo.d.marchioli@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on October 22, 2019, I served the foregoing document by electronic service on the following individual:

John F. Yaninek, Esq.
jyaninek@tthlaw.com

/s/ Carlo D. Marchioli
Carlo D. Marchioli
Assistant U.S. Attorney