November 20, 2019

Dear Judge Jones:

It is with great regret and sorrow I write you this letter. On April 29, 2018, I made the biggest mistake of my life. I did not simply violate some criminal statute; I caused real, physical harm to one of the most important people in my life, my daughter. The ripple effect of my behavior on my family has been sobering. I apologize to them, to you, and to everyone who has been affected by my actions.

Although I was never proud of my criminal activities, I always tried to make sure that that world never collided with my family life. Perhaps I should have seen the inevitable error of that line of thinking, but it breaks my heart to know that I have literally and figuratively scarred my daughter. I was arrogant and oblivious to the eventual consequences of my actions. Another consequence of my actions has been the deterioration of my marriage.

As much as it pains me to go to prison, to be separated from family and friends, I am equally pained to know that, upon release, I'll see my daughter's scar, knowing I caused it. One day she's going to ask me what happened, and I'll need to look her in the eyes and tell her. I need to take this time to reflect, think, and learn so I can be prepared for that conversation.

I have never been one to make excuses for my actions, and I won't start now. It's important for me, in this moment, to take responsibility and embrace my punishment, if for no other reason than to be a living example to my daughter about the importance of taking responsibility of one's actions.

Part of owning my mistake is ensuring that it doesn't happen again. I am proud to say that I have already begun work on that front. During my stay at Dauphin County Prison, I enrolled in its Drug and Alcohol Program. Knowing that part of the reason I've made bad decisions is because of substance abuse, I need to fix that if I hope to have a chance at a meaningful recovery. I have every intention of continuing my substance treatment when I get to a Bureau of Prison facility. In addition to the Drug and Alcohol Program, I, too, started GED classes at Dauphin County Prison. I anticipate completing my GED once I get to my federal facility (Adams County Prison, where I am currently housed does not offer the GED).

Beyond those two programs, I want to enroll in as many relevant classes and programs at the BOP as possible. Once my incarceration is complete, I want to hit the ground running. I need to open new doors for me and my family and seize opportunities when they are presented. That means I need to further my formal education, work on improving my personal issues, and pursue new activities to apply my talent and interest. I know the BOP will give me an opportunity for all of these things. It's now just a matter of me following through.

As I think about my future and the future of my family, I can't help but be reminded of my past. I grew up without my father. That affected me in ways known and unknown. I don't want my daughters to grow up without theirs. I want to give them what I never had. I want to be and example for them. I want them to know they can rely on me. So while my incarceration is a real and painful obstacle to my goal, I am committed to being the father I was meant to be. I will use

this time to better myself. I want them to be proud of me.

Ultimately, Your Honor, I am deeply sorry for my actions and for the tremendous hurt I've caused too many people. Everyday, I count my blessings, even under these circumstances, because, despite my mistakes, my family and friends are still here for me. I am eternally grateful for their ongoing support and love.

Thank you for your time and consideration.

Sincerely,


Jorge Rosa-Hernandez

NAME Jorge L Sosa Hernandez
AC## 19-01503
ADAMS COUNTY ADULT CORRECTIONAL COMPLEX
4[...]
GETTYSBURG, PA 17325-8308

17108-05999

John F. Yaninek
PO Box 999
Harrisburg PA
17108

HARRISBURG PA 171
21 NOV 2019 PM 2 L
FOREVER USA
Barn Swallow