

**WellSpan®
Philhaven**
Behavioral Health

**Outpatient Services**
1101 Edgar Street, Suite 3
York, PA 17402
Telephone 717-851-1500
Fax 717-851-1515

February 15, 2019

John F. Yaninek, Esquire
Thomas, Thomas & Hafer LLP
305 North Front Street
Sixth Floor
Harrisburg, PA 17101
Tel: 717-441-3952 Fax: 717-237-7105

Re: Rosa, Jorge L. DOB: 12/11/1984

The above-named individual was seen by me on 12/13/2018 for a mental health evaluation. Psychological treatment was recommended at the time. Jorge L. Rosa has been engaged in treatment and working towards his therapeutic goals. He has a pending psychiatric evaluation on 05/06/2019 with Dr. A. Kidwai.

Regards,

Yavier Ortiz-Rivera, Psy D.
Psychology Resident
Wellspan Philhaven Behavioral Health

Kathleen Jansen, PsyD.
Psychologist/Clinical Supervisor
Wellspan Philhaven Behavioral Health



**WellSpan Philhaven**
Behavioral Health

Outpatient Services
1101 Edgar Street, Suite A
York, PA 17402
Telephone 717-851-1500
Fax 717-851-1515

December 2, 2019

**John F. Yaninek, Esq.**
Thomas, Thomas & Hafer LLP
305 N. Front St.
Sixth Floor
Harrisburg, PA 17101
Tel:717-441-3952 Fax: 717-237-7105

**Re: Rosa, Jorge L. DOB: 12/11/1984**

The above-named individual was seen by me on 12/13/18 for a mental health intake evaluation. At that moment he was recommended to bi-weekly individual therapy. He attended sessions scheduled on 01/15/19 and 02/12/19. He did not show up to his last appointment scheduled on 03/05/2019. On 05/21/2019 our office sent a letter to him indicating that due to regulations, clients should see their provider at least once every 120 days. At that moment client did not have any future appointments scheduled and did not schedule any future appointments. For this reason, client was discharged on 06/18/2019. Client is welcomed to restart his episode of treatment at our facility at any time. Should he opt for this, he should contact our office at 717-851-1500 to schedule a new intake appointment.

Regards,

**Yavier Ortiz-Rivera, Psy.D.**
Allied Mental Health Professional
Wellspan Philhaven Behavioral Health