

WELLSPAN PHILHAVEN -
MEADOWLANDS
3550 CONCORD RD.
YORK PA 17403-3160
Dept: 717-851-6340
Dept Fax: 717-851-6349

Rosa-Rodriguez,Leeanie
MRN: 001025848
DOB: 1/20/2014, Sex: F

I have been seeing Leeanie Rosa-Rodriguez for outpatient therapy since 5/8/2018. She was initially brought by her mother for counseling to assist with behavior management and the accidental gunshot wound to her leg by her father. Mother reported that Leeanie had and continues to have a very close relationship with her father. The father has also participated in a few of Leeanie's counseling appointments and assists mother in parenting Leeanie, who is quite hyperactive. Leeanie has expressed missing her father and often asks when he is coming home. She is reported to have difficulty sleeping at times and cries frequently, asking for her father. Continued contact with her father would be beneficial for Leeanie.

Thank you for your time,

*Valerie Kauffman, MA*

Valerie Kauffman, MA
Mental Health Professional