Hello,

This letter is in regards to my cousin, who is asking for letters of plea to be as leniant as possible towards his sentencing. I will begin by telling you about our relationship. We grew up together. We played marbles together, we went to school together, spent holidays together. It was a very different up bringing for us of him. Not having a father figure in his life. Being raised by a single mother was never easy. Here is a mother of three boys who did everything she could possible to give them the life they deserved. Financials, stability and affection never came easy. Never easy to juggle a household, two jobs, and three boys. But she did what she could and still does. Never easy to keep track on all three boys. He has had it extremely hard growing up and occasionally made wrong choices but no one is perfect!

He now has grown into an adult, and is a father to two beautiful girls, and a provider for his family trying his best to give them all the life he never had growing up. He has truly learned the values of life and his purpose. Along with himself and family, I ask that you give him the opportunity to prove that he is a changed individual and allow him to be the father who provides and gives his family what he did not have growing up.

I would like to say thank you for taking the time to read this letter and that you find it in your heart to grant him the opportunity to be a great person.

Sincerely,
Jacqueline Hurd